```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

RODNEY LUNDY, AIS # 191057,      :

    Plaintiff,               :

vs.                              :   CIVIL ACTION 12-0480-WS-B

ANGELO BURRELL, et al.,          :

    Defendants.              :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    **DONE** this 3rd day of January, 2013.

                                       **s/WILLIAM H. STEELE**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**