```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**RODNEY LUNDY, AIS # 191057,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 12-0480-WS-B

**ANGELO BURRELL, et al.,** :

    **Defendants.** :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 3rd day of January, 2013.

                                                    **s/WILLIAM H. STEELE**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**